CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
DS Rendite-Fonds Nr. 62 MS Cape Cook GmbH & Co. Containerschiff KG
366 Main Street
Port Washington, New York 11050
Tel:  (516) 767-3600
Fax:  (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DS RENDITE-FONDS NR. 62 MS CAPE COOK
GMBH & CO. CONTAINERSCHIFF KG,

                            Plaintiff,

                                                    07  CV _____ (____)

                v.

                                                    **STATEMENT PURSUANT**
FAIRWIND SHIPPING COMPANY LIMITED,                  **TO FED. R. CIV. P. 7.1**

                            Defendant.
----------------------------------------------------------------X
        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges

and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

undersigned counsel of record for Plaintiff, DS Rendite-Fonds Nr. 62 MS Cape Cook

GmbH & Co. Containerschiff KG, certifies that there are no corporate parents, subsidiaries,

or affiliates of that party, which are publicly held.

Dated: Port Washington, New York
        May 15, 2007

                                        CHALOS, O'CONNOR & DUFFY, LLP
                                        Attorneys for Plaintiff

                        By: _____
                                        Owen F. Duffy (OD-3144)
                                        George E. Murray (GM-4172)
                                        366 Main Street
                                        Port Washington, New York 11050
                                        Tel:  (516) 767-3600
                                        Fax:  (516) 767-3605