USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-15-07

Holwell, J.

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
DS Rendite-Fonds Nr. 62 MS Cape Cook GmbH & Co. Containerschiff KG
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DS RENDITE-FONDS NR. 62 MS CAPE COOK
GMBH & CO. CONTAINERSCHIFF KG,

                Plaintiff,

    v.

FAIRWIND SHIPPING COMPANY LIMITED,

                Defendant.
-------------------------------------------------------------X

JUDGE HOLWELL

07 CIV 3822
07 CV _____ ( )

**ORDER APPOINTING A
SPECIAL PROCESS
SERVER**

      An application having been made by Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

      NOW, on reading and filing the affidavit of Owen F. Duffy, sworn to the 15th day of May, 2007, and good cause having been shown, it is hereby

      **ORDERED**, that any associate, agent or paralegal of Chalos, O'Connor & Duffy, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon the garnishee(s) listed in the Complaint, together with any other garnishee(s) who, based

upon information developed subsequent hereto by the Plaintiff, may hold assets for, or on account of, the Defendant, FAIRWIND SHIPPING COMPANY LIMITED.

Dated: New York, New York
     May 15, 2007

                                          U.S.D.J.