USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

DS RENDITE-FONDS NR. 62 MS CAPE COOK
GMBH & CO. CONTAINERSCHIFF KG,

           Plaintiff,

    -against-

FAIRWIND SHIPPING COMPANY LIMITED,
FAIRWIND NAVIGATION CO.,
FAIRWIND (HOLDINGS) LIMITED, and,
FAIRWIND INTERMATIONAL CO., LIMITED

           Defendants.

----------------------------------------x

07 Civ. 3822 (RJH)

**ORDER**

      Plaintiff is granted leave to amend its Second Amended Verified Complaint for the purpose of increasing the total amount sought to be attached under Supplemental Rule B of the Federal Rules of Civil Procedure from $574,750.00 to $781,591.69.

SO ORDERED:

Dated: New York, New York
       October 9, 2007

                                        Richard J. Holwell
                                        United States District Judge