CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
DS Rendite-Fonds Nr. 62 MS Cape Cook GmbH & Co. Containerschiff KG
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DS RENDITE-FONDS NR. 62 MS CAPE COOK
GMBH & CO. CONTAINERSCHIFF KG,

       Plaintiff,

       07 CV 3822 (RJH)

  v.

FAIRWIND SHIPPING COMPANY LIMITED,  **THIRD AMENDED**
FAIRWIND NAVIGATION CO.,  **ORDER APPOINTING**
FAIRWIND (HOLDINGS) LIMITED, and,  **A SPECIAL PROCESS**
FAIRWIND INTERNATIONAL CO., LIMITED,  **SERVER**

       Defendants.
-----------------------------------------------------------------X

  An application having been made by Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

  NOW, on reading and filing the affidavit of Owen F. Duffy, sworn to the 9th day of October, 2007, and good cause having been shown, it is hereby

  **ORDERED**, that any associate, agent or paralegal of Chalos, O'Connor & Duffy, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon the

2

garnishee(s) listed in the Complaint, together with any other garnishee(s) who, based upon information developed subsequent hereto by the Plaintiff, may hold assets for, or on account of, the Defendants, FAIRWIND SHIPPING COMPANY LIMITED, FAIRWIND NAVIGATION COMPANY, FAIRWIND (HOLDINGS) LIMITED and/or FAIRWIND INTERNATIONAL CO., LIMITED.

Dated: New York, New York
      October 15, 2007

                              Hon. Richard J. Holwell, U.S.D.J.