UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08
```

DS RENDITE-FONDS NR. 62 MS CAPE COOK
GMBH & CO. CONTAINERSCHIFF KG,

                Plaintiff,

-against-

FAIRWIND SHIPPING CO. LTD., et al.

                Defendants.

07 Civ. 3822 (RJH)

**ORDER**

By Order dated October 15, 2007, the Court granted the application of plaintiff DS Rendite-Fonds NR. 62 MS Cape Cook GMBH & Co. Containerschiff KG authorizing a Maritime Attachment and Garnishment as to defendants herein. A review of the Docket Sheet for the action indicates no further entry in the public file. There have been no proceedings and no correspondence with the Court from the parties since the entry of the Attachment and Garnishment Order. Accordingly, it is hereby:

**ORDERED** that plaintiff inform the Court by June 2, 2008, as to the status of this matter, whether any further proceedings have occurred or are contemplated, and whether any reason exists for maintaining the action listed on the Court's docket of active cases or whether the action should be placed on the Court's suspense docket or dismissed; and it is further

**ORDERED** that in the event no timely response to this Order is received, the Court may dismiss the action for lack of prosecution.

SO ORDERED.

Dated: New York, New York
       May 1, 2008

Richard J. Holwell
United States District Judge