*Holwell, J*

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
DS Rendite-Fonds Nr. 62 MS Cape Cook GmbH & Co. Containerschiff KG
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DS RENDITE-FONDS NR. 62 MS CAPE COOK
GMBH & CO. CONTAINERSCHIFF KG,

        Plaintiff,

  v.

FAIRWIND SHIPPING COMPANY LIMITED,
FAIRWIND NAVIGATION CO.,
FAIRWIND (HOLDINGS) LIMITED, and,
FAIRWIND INTERNATIONAL CO., LIMITED.

        Defendants.
-----------------------------------------------------------X

RECEIVED JUN 3 2008 CHAMBERS OF RICHARD J. HOLWELL

07 CV 3822 (RJH)

**NOTICE OF VOLUNATARY DISMISSAL**

PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by Plaintiff as to the named Defendant pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. None of the named Defendants have served either an answer or a motion for summary judgment, and none of the named Defendants have appeared in this action. No costs are to be assessed to any party.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08

FURTHERMORE, the Process of Maritime Attachment and Garnishment issued by this Court, by Order dated October 15, 2007, is hereby vacated.

Dated: Port Washington, New York
June 2, 2008

                                  CHALOS, O'CONNOR & DUFFY, LLP
                                  Attorneys for Plaintiff, DS Rendite-Fonds
                                  Nr. 62 MS Cape Cook GmbH & Co.
                                  Containerschiff KG

By: _____
     Owen F. Duffy (OD-3144)
     George E. Murray (GM-4172)
     366 Main Street
     Port Washington, New York 11050
     Tel: (516) 767-3600
     Fax: (516) 767-3605

SO ORDERED: _____
                  Richard J. Holwell, U.S.D.J.
                  6/3/08